IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY PIETRAS, | ) | FILED: JUNE 9, 2008 |
| | ) | 08CV3333 |
| Plaintiff, | ) | |
| | ) | JUDGE DER-YEGHIAYAN |
| v. | ) | MAGISTRATE JUDGE KEYS |
| | ) | TG |
| PROFESSIONAL ACCOUNT | ) | |
| MANAGEMENT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | Jury trial demanded |

## COMPLAINT

Plaintiff complains of defendant, stating:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1692k(d), because plaintiff asserts claims under a federal statute, the Fair Debt Collection Practices Act (FDCPA).

2. Venue is proper in this district because plaintiff's claim arose in this district, and because defendant does business in this district.

### THE PARTIES

3. Plaintiff is a natural person who at all relevant times has resided in this district.

4. Plaintiff is informed and believes that defendant is a limited liability company organized under Wisconsin law with its principal offices in Milwaukee, Wisconsin.

5. On information and belief, defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

CAUSE OF ACTION

COUNT I

Claim for violation of FDCPA

7. Plaintiff re-alleges ¶¶1-6.

8. Defendant has sought to collect a sum allegedly owed by plaintiff to TCF Bank.

9. On or about March 2, 2008, plaintiff received from defendant correspondence seeking payment of a debt allegedly due to TCF Bank of approximately $152.

10. On March 12, 2008, plaintiff prepared a letter to defendant in which plaintiff disputed the alleged debt.

11. On March 12, 2008, plaintiff mailed her dispute letter to defendant, via certified mail, return receipt requested.

12. Plaintiff subsequently received confirmation from the United States Postal Service that defendant received her March 12th letter on March 17, 2008.

13. Defendant did not respond to plaintiff's letter.

14. Instead defendant resumed collection efforts, by sending plaintiff another collection letter dated May 4, 2008, seeking to collect the same alleged debt.

15. Plaintiff received defendant's May 4, 2008 letter on or about May 9, 2008.

16. On information and belief, the alleged debt to TCF Bank was discharged in plaintiff's Chapter 7 bankruptcy case and was not owing at the time of defendant's correspondence to plaintiff.

17. Defendant violated the FDCPA, 15 U.S.C. §1692g, by failing to verify the purported debt and instead continuing with collection efforts.

18. Defendant violated the FDCPA, 15 U.S.C. §1692c, by misrepresenting the status of the purported debt as owing, and seeking to collect amounts not owed.

Wherefore, plaintiff prays that the Court enter judgment in her favor and against defendant, and (a) award damages pursuant to statute, (b) award costs and attorneys fees, and (c) award such other and further relief as is just and appropriate.

## JURY DEMAND

19. Plaintiff demands trial by jury.

                                         /s/ Jonathan Nachsin

Jonathan Nachsin
Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603
(312) 327-1777
#6191376

Attorney for Plaintiff

3