# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| NANCY PIETRAS,<br><br>    Plaintiff,<br>v.<br><br>PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,<br><br>    Defendant. | Case No.: 08-CV-3333<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Keys |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.

| | |
|---|---|
| NAME: Stephen D. Vernon | |
| SIGNATURE: s/ *Stephen D. Vernon* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288676 | TELEPHONE NUMBER<br>312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐      APPOINTED COUNSEL  ☐ | |

6334628v1 838180

## **CERTIFICATE OF SERVICE**

 I hereby certify that on **June 26, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                 HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Stephen D. Vernon | s/ *Stephen D. Vernon* |
| HINSHAW & CULBERTSON LLP | Stephen D. Vernon |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – fax | |
| svernon@hinshawlaw.com | |

## CERTIFICATE OF SERVICE

    I hereby certify that on **June 26, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                  HINSHAW & CULBERTSON LLP

David M. Schultz                                      s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP             David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

6334628v1 838180