**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NANCY PIETRAS,

      Plaintiff,

v.

PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,

      Defendant.

Case No.:  08-CV-3333

Judge Der-Yeghiayan

Magistrate Judge Keys

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC., by its attorneys, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 21 day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against Defendant.

2. Plaintiff's Complaint was filed on June 9, 2008, and service was effected upon Defendant on or about June 13, 2008

3. Defense counsel was recently retained in this matter and has filed an Appearance.

4. Defendant hereby requests an additional 21 days from July 7, 2007 to answer or otherwise respond to Plaintiff's Complaint.  This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.  This time is necessary to analyze the pleading and prepare the appropriate response.  Additionally, the parties have been engaged in settlement discussions and this additional time will allow them to determine whether they will be able to settle this matter.

6337457v1 890138

5.      Defense counsel has contacted Plaintiff's counsel regarding this motion, and Plaintiff's counsel has no objection.

WHEREFORE, Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC, respectfully requests that this Court grant a 21 day enlargement of time, up to and including July 28, 2008, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/*Stephen D. Vernon*
    One of the Attorneys for Defendant
    **Professional Account Management,
    LLC**

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

6337457v1 890138