IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY PIETRAS,<br><br>    Plaintiff,<br>v.<br><br>PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,<br><br>    Defendant. | Case No.: 08-CV-3333<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Keys |

**MOTION FOR ENLARGEMENT OF TIME**

    Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC., by its attorneys, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 14 day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

    1.    Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against Defendant.

    2.    Defendant's answer or other responsive pleading was originally due on July 7, 2008. On July 7, 2008, this Court granted Defendant an additional 21 days, up to and including July 28, 2008, to answer or otherwise plead to Plaintiff's Complaint.

    3.    Defense counsel has used the additional time previously granted by the Court to complete its investigation into the factual allegations of Plaintiff's Complaint. Defense counsel's investigation into this matter has uncovered facts which Defendant reasonably believes once shared with Plaintiff's counsel will result in the voluntary dismissal of this matter by Plaintiff.

4. Defense counsel has been unable to share the additional facts uncovered by his investigation with Plaintiff's counsel to date as Plaintiff's counsel has been out of the office until today (the due date Defendant's answer or otherwise responsive pleading).

5. Defendant hereby requests an additional 14 days from July 28, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including August 11, 2008.  This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to allow Defendant's counsel to confer with Plaintiff's counsel regarding the additional facts uncovered during Defendant's investigation and allow them to determine whether the parties will be able to amicably resolve this matter.

6. Defense counsel has contacted Plaintiff's counsel regarding this Motion and had not heard back from Plaintiff's counsel as to whether Plaintiff has an objection to the present motion as of the time this Motion was filed.

WHEREFORE, Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC, respectfully requests that this Court grant a 14 day enlargement of time, up to and including August 11, 2008, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/*Stephen D. Vernon*
 One of the Attorneys for Defendant
 **Professional Account Management, LLC**

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois  60601

6345175v1 890138

(312) 704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

6345175v1 890138