IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY PIETRAS,<br><br>       Plaintiff,<br>v.<br><br>PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,<br><br>       Defendant. | Case No.: 08-CV-3333<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Keys |

**NOTICE OF MOTION FOR ENLARGEMENT OF TIME**

| | |
|---|---|
| TO: | Jonathan Nachsin<br>Johathan Nachsin, P.C.<br>105 West Adams Street<br>Suite 3000<br>Chicago, Illinois  60603<br>nachsin@att.net |

       PLEASE TAKE NOTICE that on August 5, 2008 at 9:00a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For Enlargement of Time, a copy of which are hereby served upon you.

                              PROFESSIONAL ACCOUNT
                              MANAGEMENT, LLC.

                              By:*s/Stephen D. Vernon*
                                   One of Its Attorneys

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

6345201v1 890138

## **CERTIFICATE OF SERVICE**

      I, the undersigned, a non-attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on or before 5:00 p.m. on July 28, 2008

                                        By: /s/*Peggy A. Michael*

6345201v1 890138