**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nancy Pietras
                            Plaintiff,

v.                                                 Case No.: 1:08−cv−03333
                                                     Honorable Samuel Der−Yeghiayan

Professional Account Management, LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant Professional Account Management, LLC's motion for extension of time to answer or otherwise plead [11] is granted to and including 08/11/08. Status hearing reset to 08/13/08 at 9:00 a.m. Status hearing set for 08/05/08 is hereby stricken as moot. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.