IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY PIETRAS,<br><br>    Plaintiff,<br>v.<br><br>PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,<br><br>    Defendant. | Case No.: 08-CV-3333<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Keys |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC., by its attorneys, David M. Schultz and Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant a 14 day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against Defendant.

2. Defendant's answer or other responsive pleading was originally due on July 7, 2008. On July 7, 2008, this Court granted Defendant an additional 21 days, up to and including July 28, 2008, to answer or otherwise plead to Plaintiff's Complaint. On August 4, 2008, this Court granted Defendant up to and including August 11, 2008 to answer or otherwise plead.

3. Defense counsel has used the additional time granted by the Court to complete its investigation into the factual allegations of Plaintiff's Complaint. Defense counsel's investigation into this matter uncovered facts which Defendant reasonably believed will result in the voluntary dismissal of this matter by Plaintiff. Specifically, Defense counsel's investigation has revealed that the debt which Defendant sought to collect from Plaintiff was incurred after her

bankruptcy discharge and that Plaintiff was sent a verification letter within five days of Defendant's initial communication with Plaintiff.

4. Defense counsel has used the prior two weeks to acquire the remaining documents needed to demonstrate the above facts to Plaintiff's counsel and has in fact forwarded the same to Plaintiff's counsel for review.

5. Defendant hereby requests an additional 14 days from August 11, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including August 25, 2008. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to allow Defendant's counsel to confer with Plaintiff's counsel regarding the additional facts uncovered during Defendant's investigation, the documentation recently forwarded and allow them to determine whether the parties will be able to amicably resolve this matter.

6. Defense counsel has contacted Plaintiff's counsel regarding this Motion and has not heard back from Plaintiff's counsel as to whether Plaintiff has an objection to the present Motion as of the time this Motion was filed.

WHEREFORE, Defendant, PROFESSIONAL ACCOUNT MANAGEMENT, LLC, respectfully requests that this Court grant a 14 day enlargement of time, up to and including August 25, 2008, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/*Stephen D. Vernon*
    One of the Attorneys for Defendant
    **Professional Account Management, LLC**

6350336v1 43310

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com