IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY PIETRAS,<br><br>　　　Plaintiff,<br>v.<br><br>PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,<br><br>　　　Defendant. | Case No.: 08-CV-3333<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Keys |

**NOTICE OF MOTION FOR ENLARGEMENT OF TIME**

TO:　Jonathan Nachsin
　　　Johathan Nachsin, P.C.
　　　105 West Adams Street
　　　Suite 3000
　　　Chicago, Illinois  60603
　　　nachsin@att.net

　　　PLEASE TAKE NOTICE that on August 19, 2008 at 9:00a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his stead, in Courtroom 1903 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For Enlargement of Time, a copy of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　　PROFESSIONAL ACCOUNT
　　　　　　　　　　　　　　　　　　　MANAGEMENT, LLC.

　　　　　　　　　　　　　　　　　　　By:*s/Stephen D. Vernon*
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 No. LaSalle Street
Suite 300
Chicago, Illinois  60601
(312) 704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

6350337v1 43310

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on August 11, 2008.

                                            By: /s/*Stephen D. Vernon*

6350337v1 43310