## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NANCY PIETRAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 3333 |
| | ) | |
| PROFESSIONAL ACCOUNT | ) | Judge Der-Yeghiayan |
| MANAGEMENT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | Jury trial demanded |

### NOTICE OF DISMISSAL

Plaintiff dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1).


                                                     /s/ Jonathan Nachsin

Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603
(312) 327-1777
#6191376

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NANCY PIETRAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 3333 |
| | ) | |
| PROFESSIONAL ACCOUNT | ) | Judge Der-Yeghiayan |
| MANAGEMENT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | Jury trial demanded |

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2008, I electronically filed the "Notice of Dismissal" with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all CM/ECF filing users.

/s/ Jonathan Nachsin

Jonathan Nachsin, P.C.
105 West Adams Street
Suite 3000
Chicago, IL 60603
(312) 327-1777
#6191376

Attorney for Plaintiff